IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------------  :
ANTHONY BRAXTON,                                        : CASE NO.  1:04 CV 0170
                                                        :
                         Pro Se Petitioner,             :
                                                        : JUDGMENT ENTRY
                -vs-                                    :
                                                        :
                                                        :
Richard Gansheimer, Warden,                             :
                                                        :
                         Respondent.                    :
------------------------------------------------------
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered its Memorandum of Opinion and Order accepting in part and rejecting in part the report and recommendation of the Magistrate Judge and granting petitioner a conditional writ of habeas corpus, hereby conditionally grants petitioner Anthony Braxton a writ of habeas corpus that will result in the vacation of his conviction and sentence unless the State of Ohio commences a new trial against him within 120 days after this judgment becomes final.

IT IS SO ORDERED.

                                               /s/ Lesley Wells
                                         UNITED STATES DISTRICT JUDGE

Date: 1 March 2007